# No. 22-55342

# In the
# United States Court of Appeals
# For the Ninth Circuit

---

FEDERAL TRADE COMMISSION,

*Plaintiff-Appellee,*

v.

APEX CAPITAL GROUP, LLC, a Wyoming limited liability company, *et al.,*

*Defendants-Appellees.*

v.

WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A., proposed Intervenors,

*Movants-Appellants,*

---

THOMAS W. MCNAMARA,

*Receiver-Appellee.*

---

On Appeal from the United States District Court
for the Central District of California
The Honorable John F. Walter
Case No. 2:18-cv-09573-JFW-JPR

---

**INDEX VOLUME – EXCERPTS OF RECORD OF APPELLANTS
WELLS FARGO & COMPANY AND WELLS FARGO BANK, N.A.**

---

*(Counsel listed on following page)*

---

August 10, 2022

Kevin M. Lally
MCGUIREWOODS LLP
355 South Grant Avenue
Suite 4200
Los Angeles, CA 90071
T: (213) 457-9862
klally@mcguirewoods.com

David C. Powell
Alicia A. Baiardo
MCGUIREWOODS LLP
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111
T: (415) 844-9944
dpowell@mcguirewoods.com
abaiardo@mcguirewoods.com

Brian D. Schmalzbach
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
T: (804) 775-1000
bschmalzbach@mcguirewoods.com

*Counsel for Movants-Appellants Wells Fargo & Co.
and Wells Fargo Bank, N.A.*

# INDEX VOLUME

| Docket Number | Document | Page |
|---|---|---|
| | **Volume I** | |
| 238 | Order Denying Proposed Intervenors' Motion to Intervene | ER3 |
| | **Volume II** | |
| 244 | Order Denying Receiver's Motion to Approve Settlement with C.D.L. Developing Ltd | ER13 |
| 243-1 | Memorandum of Points and Authorities in Support of Receiver's Motion to Approve Settlement with C.D.L. Developing Ltd | ER14 |
| 225 | Plaintiff FTC's Memorandum of Points and Authorities in Opposition to Motion to Intervene by Non-Party Wells Fargo | ER18 |
| 219 | Proposed Intervenors Wells Fargo & Company and Wells Fargo Bank N.A.'s Notice of Motion and Motion to Intervene | ER51 |
| 218 | Joint Statement of Wells Fargo and Parties Regarding Having Met and Conferred in Advance of Filing of Proposed Intervenors' Motion to Intervene | ER86 |
| 213 | Order Granting Joint Motion to Unseal Court Filings [ECF Nos. 16, 148, 171] | ER92 |
| 212 | Joint Motion to Unseal Court Filings [ECF Nos. 16, 148, 171] | ER93 |

| | | |
|---|---|---|
| 207 | Order Denying Defendants SIA Transact Pro's and Mark Moskvins's Motion to Modify, Vacate, or Set Aside Monetary Portion of Stipulated Permanent Injunction and Monetary Judgment | ER100 |
| 198 | Order Granting Receiver's Unopposed Motion to Extend Completion Deadline for Receivership and Interim Status Report | ER108 |
| 186 | Receiver's Notice of Unopposed Motion and Unopposed Motion to Extend Completion Deadline for Receivership and Interim Status Report | ER110 |
| 182 | Defendants SIA Transact Pro's and Mark Moskvins's Motion to Modify, Vacate, or Set Aside Monetary Portion of Stipulated Permanent Injunction and Monetary Judgment; Memorandum of Points and Authorities | ER113 |
| 172 | Order Granting Receiver's Unopposed Motion to Extend Completion Deadline for Receivership | ER145 |
| 171 | Declaration of Thomas W. McNamara in Support of Receiver's Unopposed Motion to Extend Completion Deadline for Receivership | ER146 |
| 167 | *Ex Parte* Application to File the Declaration of Thomas W. McNamara in Support of the Receiver's Unopposed Motion to Extend Completion Deadline for Receivership Under Seal | ER151 |
| 167-1 | Memorandum of Points and Authorities in Support of *Ex Parte* Application to File the Declaration of Thomas W. McNamara in Support of the Receiver's Unopposed Motion to Extend Completion Deadline for Receivership Under Seal | ER154 |
| 153 | Order Approving Receiver's Motion for Authorization to Engage Contingent Fee Counsel | ER157 |

| 152 | Order Granting Receiver's Motion to Extend Completion Deadline for Receiver | ER158 |
| 151 | Minutes of Receiver's Motion to Extend Completion Deadline for Receiver and Receiver's Motion for Authorization to Engage Contingent Fee Counsel | ER159 |
| 148 | Declaration of Thomas W. McNamara in Support of Receiver's Motion for Authorization to Engage Contingent Fee Counsel | ER160 |
| 145-1 | Receiver's Memorandum of Points and Authorities in Support of *Ex Parte* Application to File Receiver's Declaration in Support of Receiver's Motion for Authorization to Engage Contingent Fee Counsel Under Seal | ER177 |
| 144 | Receiver's Notice of Motion and Motion for Authorization to Engage Contingent Fee Counsel | ER180 |
| 143 | Receiver's Notice of Motion and Motion to Extend Completion Deadline for Receiver | ER183 |
| 143-1 | Memorandum of Points and Authorities in Support of Receiver's Motion to Extend Completion Deadline for Receiver | ER186 |
| 142 | Stipulated Order for Permanent Injunction and Monetary Judgment | ER191 |
| 121 | Stipulated Order for Permanent Injunction and Monetary Judgment | ER221 |

## Volume III

| 120 | Stipulated Order for Permanent Injunction and Monetary Judgment | ER266 |
| --- | --- | --- |
| 73 | First Amended Complaint for Permanent Injunction and Other Equitable Relief | ER301 |
| 41 | Stipulated Preliminary Injunction with Asset Freeze, Receiver, and Other Equitable Relief Against Defendant David Barnett | ER348 |
| 40 | Stipulated Preliminary Injunction with Asset Freeze, Receiver, and Other Equitable Relief Against Corporate Defendants and Defendant Phillip Peikos | ER421 |

## Volume IV

| 39 | Stipulation to Preliminary Injunction with Asset Freeze, Receiver, and Other Equitable Relief Against Defendant David Barnett | ER498 |
| --- | --- | --- |
| 37 | Stipulation to Preliminary Injunction with Asset Freeze, Receiver, and Other Equitable Relief Against Corporate Defendants and Defendant Phillip Peikos | ER573 |
| 16 | *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment of a Temporary Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue | ER649 |
| 17 | Standing Order | ER724 |

## Volume V

| | | |
|---|---|---|
| 5 | Memorandum of Points and Authorities in Support of Plaintiff's *Ex Parte* Application for Temporary Restraining Order with Asset Freeze, Appointment of a Receiver, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue | ER748 |
| 2 | Plaintiff's *Ex Parte* Application for (1) Temporary Restraining Order with Asset Freeze, Appointment of a Receiver, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue And (2) Order Waiving Notice Requirement | ER803 |
| 1 | Complaint for Permanent Injunction and Other Equitable Relief | ER946 |
| 239 | Notice of Appeal | ER985 |
| N/A | District Court Docket Sheet | ER997 |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2022, the foregoing was filed with the Clerk of the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system, which will also serve counsel of record.

Dated: August 10, 2022      <u>*/s/ Brian D. Schmalzbach*</u>
                                              Brian D. Schmalzbach