# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)**  22-55342

**Case Name**  Federal Trade Commission v. Apex Capital Group, LLC, et al.

Hearing Location (*city*)  Pasadena

Your Name  Brian D. Schmalzbach

List the sitting dates for the three sitting months you were asked to review:

> April 10-14, 17-21
> May 8-12
> June 5-9, 12-16

Do you have an unresolvable conflict on any of the above dates?  ⦿ Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

> April 13-14, 17 - Observation of religious holiday
> June 5-9, 12-16 - Paternity leave

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature**  s/ Brian D. Schmalzbach   **Date**  Dec 12, 2022

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**  New 12/01/2018

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2022, the foregoing was filed with the Clerk of the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system, which will also serve counsel of record.

Dated:  December 12, 2022             */s/ Brian D. Schmalzbach*
                                      Brian D. Schmalzbach