# McGuireWoods

McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Phone: 804.775.1000
Fax: 804.775.1061
www.mcguirewoods.com

Brian D. Schmalzbach
Direct: 804.775.4746
bschmalzbach@mcguirewoods.com

December 19, 2022

Molly C. Dwyer, Clerk of the Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re: No. 22-55342, *FTC v. Apex Capital Group, LLC*

Pursuant to Federal Rule of Appellate Procedure 28(j), Appellants Wells Fargo & Company and Wells Fargo Bank, N.A. (together, "Wells Fargo") notify the Court that pursuant to Circuit Rule 28-2.6, Case No. 22-56012, *FTC v. Triangle Media Corporation*, is a related case that was not pending in this Court at the time of Wells Fargo's opening brief. The *Triangle* appeal also involves the FTC and the same court-appointed receiver, Thomas W. McNamara, and raises the same or closely related issues of (1) whether Wells Fargo sustained an injury as a result of the Receiver's unlawful pursuit in the Wells Fargo Litigation sufficient to establish Article III standing to intervene; (2) whether the district court abused its discretion in finding that Wells Fargo's motion to intervene was untimely; (3) whether Wells Fargo has a protectable interest to intervene as of right; (4) whether Wells Fargo would not be able to protect its interests if unable to intervene; and (5) whether Wells Fargo should have been permitted to intervene pursuant to Rule 24(b).

Wells Fargo notifies the Court of *Triangle*'s relatedness in the event that the Court wishes to schedule these two related cases for oral argument together before the same panel.

Respectfully submitted,

*/s/ Brian D. Schmalzbach*

December 19, 2022
Page 2

                                              Brian D. Schmalzbach
                                              McGuireWoods LLP
                                              800 East Canal Street
                                              Richmond, VA 23219
                                              T: (804) 775-4746
                                              bschmalzbach@mcguirewoods.com

                                              *Counsel for Appellants*
                                              *Wells Fargo & Company and*
                                              *Wells Fargo Bank, N.A.*

cc:      Counsel of Record by ECF

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 19, 2022, the foregoing was filed with the Clerk of the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system, which will also serve counsel of record.

Dated: December 19, 2022          */s/ Brian D. Schmalzbach*
                                            Brian D. Schmalzbach