# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 22-55342

**Case Name** | Federal Trade Commission v. Apex Capital Group, LLC, et al.

**Hearing Location** (*city*) | Pasadena

**Your Name** | Brian D. Schmalzbach

List the sitting dates for the three sitting months you were asked to review:

July 10-14, 17-21
August 14-18, 21-25
September 11-15

Do you have an unresolvable conflict on any of the above dates?  ⦿ Yes   ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

July 10-11 - Previously scheduled family vacation

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes   ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

\* As explained in Wells Fargo's December 19, 2022 letter, *FTC v. Triangle Media Corporation*, No. 22-56012, is a related case under Circuit Rule 28-2.6 that was not pending in this Court at the time of Wells Fargo's opening brief. The Court may wish to schedule these related cases for oral argument together.

**Signature** | s/ Brian D. Schmalzbach   **Date** | Apr 3, 2023

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**  *New 12/01/2018*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2023, the foregoing was filed with the Clerk of the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system, which will also serve counsel of record.

Dated:  April 3, 2023	*/s/ Brian D. Schmalzbach*
	Brian D. Schmalzbach