UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 22-55342

**Case Name** | Federal Trade Commission v. Apex Capital Group, LLC, et al.

**Hearing Location** (*city*) | San Francisco

**Your Name** | Brian D. Schmalzbach

List the sitting dates for the three sitting months you were asked to review:

September 11-15
October 2-6, 16-20
November 13-17

Do you have an unresolvable conflict on any of the above dates? ○ Yes  ● No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

● Yes  ○ No

If yes, list the number, name, and hearing city of each of the other case(s):

- No. 22-56012, Federal Trade Commission v. Triangle Media Corporation, et al., San Francisco

**Signature** | s/ Brian D. Schmalzbach   **Date** | Jun 2, 2023

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**                                                                 *New 12/01/2018*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2023, the foregoing was filed with the Clerk of the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system, which will also serve counsel of record.

Dated: June 2, 2023 /s/ *Brian D. Schmalzbach*
Brian D. Schmalzbach