# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 22-55342

**Case Name** | Federal Trade Commission v. Apex Capital Group, LLC, et al.

**Hearing Location** (*city*) | San Francisco

**Your Name** | Brian D. Schmalzbach

List the sitting dates for the three sitting months you were asked to review:

October 2-6, 16-20
November 13-17
December 4-8, 11-14

Do you have an unresolvable conflict on any of the above dates? ⦿ Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

December 4 - Hearing date in No. 17-CIV-03222, County of San Mateo v. Chevron Corp., et al. (Cal. Super. Ct.)
December 6 - Hearing date in No. 4:22-CV-12079, Beck, et al. v. Ford Motor Company (E.D. Mich.)

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

⦿ Yes  ○ No

If yes, list the number, name, and hearing city of each of the other case(s):

- No. 22-56012, Federal Trade Commission v. Triangle Media Corporation, et al., San Francisco

**Signature** | s/ Brian D. Schmalzbach     **Date** | Jun 26, 2023

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**                                                                 *New 12/01/2018*